WILLIAM WIESE, Appellant, *v.* CORN EXCHANGE BANK TRUST COMPANY, Respondent, Impleaded with Another.

(Argued October 10, 1934; decided October 26, 1934.)

*R. Keith Kane* and *Edward A. Niles* for appellant.
*Frank C. Laughlin, Spotswood D. Bowers, Albert Falck* and *Joseph W. Kirkpatrick* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.